Brian E. Hawes (SBN 104519)
Law Offices of Brian E. Hawes
1900 S. Norfolk Street, Suite 350
San Mateo, CA 94403
Telephone: (650) 320-1616
Facsimile: (650) 763-8745
brian@haweslawfirm.com

Attorney for Plaintiff
CHENELLE SIMINGTON


Steven R. Blackburn
Matthew A. Goodin
EPSTEIN BECKER & GREEN, P.C.
655 Montgomery Street, Suite 1150
San Francisco, CA 94111
Telephone: (415) 398-3500
Fax No.: (415) 398-0955

Attorney for Defendants
AEROTEK, INC. and AEROTEK
SCIENTIFIC, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHENELLE SIMINGTON,<br><br>    Plaintiff,<br><br>vs.<br><br>AEROTEK, INC.; AEROTEK SCIENTIFIC, LLC; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 3:15-cv-03697-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

1

# STPULATION

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiff Chenelle Simington and Defendants Aerotek, Inc. and Aerotek Scientific, LLC, by their undersigned counsel, stipulate to the dismissal of this entire action with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: May 9, 2016

LAW OFFICES OF BRIAN E. HAWES

By: /s/ Brian E. Hawes
Brian E. Hawes, Attorney for
Plaintiff Chenelle Simington

Dated: May 9, 2016

EPSTEIN BECKER & GREEN, P.C.

By: /s/ Matthew A. Goodin
Matthew A. Goodin, Attorneys for
Defendants Aerotek, Inc. and Aerotek
Scientific, LLC

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: May 9, 2016

_____
Honorable William H. Orrick
United States District Judge

2